IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:09cr40KS-MTP

EARNEST HOLDER

ORDER REGARDING PREVIOUSLY
ISSUED TRIAL SUBPOENAS

This matter is before the Court on the *ore tenus* motion by the United States requesting an Order directing that all trial subpoenas previously issued by any party to this criminal case remain in full force and effect up to and until conclusion of the trial of this cause which is now scheduled for April 4, 2011. The Court having considered this request finds the motion well taken and same should be granted.

IT IS THEREFORE ORDERED that any and all trial subpoenas issued in this cause, which subpoenas would have compelled the appearance of the witness on February 22, 2011, shall remain in full force and effect and be carried over to the new trial setting of April 4, 2011 at 9:00 a.m. at the William Colmer Federal Courthouse, 701 North Main Street, Courtroom 1, Hattiesburg, Mississippi.

SO ORDERED this the 14th day of February, 2011.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE